*[Handwritten margin note: Under the circumstances and facts of the case, no conditions of release only insure the deft's attendance in court.]*

*[Handwritten: GRANTED: ___ DENIED: X IT IS SO ORDERED. /s/ [signature] 6/28/16 U.S. District Judge]*

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:94-cr-00168-DCN |
| | ) | |
| Plaintiff | ) | JUDGE DONALD NUGENT |
| | ) | |
| NAJEH OTTALLAH | ) | |
| | ) | MOTION FOR BAIL |
| Defendant | ) | |

Now comes Najeh Ottallah by and through his Attorney Kent R. Minshall and moves this Honorable Court set bail in the instant case. A brief in support of this motion is attached.

Respectfully Submitted,

*Kent R. Minshall, Jr.*
KENT R. MINSHALL, JR. (#0032453)
Attorney for Defendant
2189 Professor Avenue
Cleveland, OH 44113
(216) 357-5900; fax (216) 357-2780
minlawcleve@yahoo.com